Veterans of McKeesport Liquor License Case.

Argued April 10, 1967. *Lewis J. Nescott*, with him *Ruby, Nescott & Taylor*, for appellant; *John W. Beatty*, Special Assistant Attorney General, with him *Thomas J. Shannon*, Assistant Attorney General, and *William C. Sennett*, Attorney General, for Pennsylvania Liquor Control Board, appellee.

Order affirmed.